Submitted on record and appellant's brief July 26, reversed and remanded
August 8, 1977

STATE OF OREGON, *Appellant,*
*v.*
JACK LEE REYNOLDS, *Respondent.*
(No. Cit. F. 26047, DA 132699, CA 8367)
566 P2d 1228

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Donald L. Paillette, Assistant Attorney General, Salem, filed the brief for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Thornton and Lee, Judges.

PER CURIAM.

Reversed and remanded. *State v. Carpenter,* 29 Or App 879, 565 P2d 768 (1977); *State v. South,* 29 Or App 873, 565 P2d 771 (1977).